# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 1:20-cv-00124-AWI-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S THIRD MOTION FOR COPY OF ORIGINAL COMPLAINT |
| v. | |
| BALLESTEROS, | (ECF No. 17) |
| Defendant. | |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on January 23, 2020. (ECF No. 1.) As the original complaint lacked the required signature, on January 27, 2020, the Court ordered the original complaint stricken from the record and directed Plaintiff to file a signed complaint. (ECF No. 4.) Plaintiff properly filed a signed complaint on February 14, 2020.[1] (ECF No. 6.)

///

---

[1] On February 18, 2020, the Court issued findings and recommendations recommending that Plaintiff's motion to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be ordered to pay the $400.00 initial filing fee in full to proceed with this action. (ECF No. 11.) Those findings and recommendations were served on Plaintiff and he was advised that any objections were to be filed within fourteen (14) days. (Id.) Following the Court's partial grant of Plaintiff's request for extension of time to file his objections, Plaintiff's objections are currently due on or before March 30, 2020. (ECF No. 15.)

1

Currently before the Court is Plaintiff's third motion to obtain a copy of the original complaint, filed March 13, 2020. (ECF No. 17.) As in his first motion, Plaintiff argues that he requires a copy of the original complaint, with all supporting exhibits, in order to comply with the Court's order for him to file a signed a complaint. (Id.) However, as noted above and in the Court's order denying his first motion to obtain a copy of the original complaint, Plaintiff has already submitted a properly signed complaint in this action, which was filed as the First Amended Complaint in this action on February 14, 2020. (ECF No. 6.) As such, Plaintiff has not provided a reason for the Court to provide him with a free copy of the original complaint.

Moreover, Plaintiff is reminded for the third time that the Clerk of the Court does not ordinarily provide free copies of case documents to parties, and Plaintiff is responsible for maintaining his own records for this proceeding. Further, even if Plaintiff were proceeding *in forma pauperis* in this action, that status would not entitle him to free copies of documents from the Court. E.g., Hullom v. Kent, 262 F.2d 862, 863 (6th Cir. 1959.) The Clerk charges $0.50 per page for copies of documents. See 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.

Accordingly, Plaintiff's third motion for a copy of the original complaint, (ECF No. 17), is HEREBY DENIED. Further motions to obtain free copies of documents in this action that do not present new or different circumstances demonstrating good cause for the request will be summarily denied.

IT IS SO ORDERED.

Dated: __**March 18, 2020**__      /s/ *Barbara A. McAuliffe*      _
                                                      UNITED STATES MAGISTRATE JUDGE