# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BALLESTEROS,<br><br>    Defendant. | Case No. 1:20-cv-00124-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 11)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 23, 2020. (ECF No. 1.)

On February 18, 2020, the assigned Magistrate Judge issued Findings and Recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 11.) Those Findings and Recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) Following an extension of time, Plaintiff filed objections to the findings and recommendations on March 23, 2020. (ECF No. 19.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on February 18, 2020, (ECF No. 11), are adopted in full;
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is denied; and
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:  September 9, 2020        /s/ signature
                SENIOR DISTRICT JUDGE